# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTIAN PINEDA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DLC LABORATORIES, INC. and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No.: CV 17-8078-DMG (KSx)<br><br>**ORDER OF DISMISSAL OF ACTION [21]** |

IT IS HEREBY ORDERED that pursuant to the parties' JOINT STIPULATION OF DISMISSAL OF ACTION [Doc. # 21], this matter is dismissed in its entirety, with prejudice as to the named Plaintiff, CRISTIAN PINEDA, and without prejudice as to the Putative Class alleged in the Complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties shall bear their own costs and attorneys' fees.

DATED: May 7, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE